IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TERRANCE PRUDE, *et al.*,

                              Plaintiffs,                      ORDER

v.

                                                              18-cv-79-slc

CORRECTIONAL OFFICER WARD, *et al.*,

                              Defendants.

---

      As a result of the ongoing coronavirus pandemic, the May 4, 2020 trial date is STRUCK, as is the April 24, 2020 telephonic final pretrial conference. For context, this court is striking every one of its criminal and civil jury trials through at least May 18, 2020. It remains to be seen whether an even longer stay will be necessary.

      In this case, the March 27, 2020 deadline for pretrial submissions and the April 10, 2020 response deadline REMAIN IN PLACE. This is so that we can be ready to go to trial on the earliest date that is safe and that works for the parties.

      The court will reschedule the trial and telephonic final pretrial conference in consultation with the parties once it is safe to bring in jurors into the courthouse for a trial. Based on the defendants' March 20, 2020 submission (dkt. 117), we will keep this a joint trial for all plaintiffs.

      Entered this 23rd day of March, 2020.

                                                        BY THE COURT:

                                                         /s/

                                                         STEPHEN L. CROCKER
                                                         Magistrate Judge