IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE PRUDE,

          Plaintiff,

v.

SHAWN GALLINGER, BRANDON
WARD, MARY TAYLOR, and
GARY BOUGHTON,

          Defendants.

OPINION and ORDER

18-cv-79-slc

Consistent with the court's rulings during the telephonic final pretrial conference:

- Defendants' MIL #8 is GRANTED, and plaintiff Terrance Prude's potential compensatory damages are limited to $1. Attached to this order are the court's updated post-trial jury instructions and special verdict form reflecting that ruling.

- Upon reconsideration, defendants' MIL #2 is RESERVED, with respect to whether Prude may introduce evidence related to a DOC policy that incorporates aspects of the Prison Rape Elimination Act (PREA). By **September 15, 2021,** defendants shall file with the court two versions of the DOC's "Executive Directive" related to the PREA: an unredacted version and a version with their proposed redactions. At the final hearing the morning of trial, I will determine whether Prude may introduce the redacted Executive Directive, or whether I will limit him to just asking defendants' questions about their knowledge of the Executive Directive.

- Defendants' objection to Prude's Exhibits 16 and 17 (Prude's mental health records) is RESERVED. Prude may admit these exhibits in his claim for punitive

1

damages, but if he uses those documents for other purposes at trial, I will take up any objections at that time.

SO ORDERED.

Entered this 9th day of September, 2021.

                               BY THE COURT:

                               /s/

                               STEPHEN L. CROCKER
                               Magistrate Judge