IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TERRANCE PRUDE,

          Plaintiff,

v.

SHAWN GALLINGER, BRANDON
WARD, MARY TAYLOR, and
GARY BOUGHTON,

          Defendants.

OPINION and ORDER

18-cv-79-slc

---

    Defendants have moved to exclude Executive Directive 72. (Dkt. 177). The motion is DENIED to this extent: as plaintiff Terrance Prude may ask defendants on cross-examination (1) whether, as a part of their employment, they have been trained not to engage in sexually harassing behaviors towards prisoners, and/or (2) whether a written policy explicitly prohibits prison officials from engaging in sexually harassing behaviors towards prisoners and whether they have read that policy. The motion is GRANTED insofar as Prude may not introduce into evidence a copy of the Executive Directive, redacted or unredacted. Prude may not say or refer to the policy by its title and he may not refer to PREA: he is limited to talking about the policy generically. Prude may, **if necessary**, show the written policy to a witness to refresh his or her recollection, or he may refer to the policy for impeachment purposes.

    SO ORDERED.

    Entered this 16th day of September, 2021.

                                   BY THE COURT:

                                   /s/

                                   STEPHEN L. CROCKER
                                   Magistrate Judge

1